**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO: 18-03401-JW |
| DAVID JOSEPH HOWARD<br>JESSICA MILLS HOWARD | (CHAPTER 13) |
| Debtors | |

**NOTICE OF MOTION TO DISMISS CHAPTER 13 CASE AND POSSIBLE HEARING**

James M. Wyman, the Chapter 13 Trustee, has filed papers with the court to dismiss this Chapter 13 case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to dismiss this Chapter 13 case, or if you want the court to consider your views on the motion to dismiss, then on or before twenty-one (21) days from the date of service, you or your attorney must:

File with the court a written response explaining your position at:

    U.S. Bankruptcy Courthouse
    J. Bratton Davis
    1100 Laurel Street
    Columbia, SC  29201-2423

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

    James M. Wyman
    Office of the Chapter 13 Trustee
    P.O. Box 997
    Mt. Pleasant, SC  29465-0997

If a response is filed, a hearing will be held on March 12, 2019 at 9:00 am at 145 King Street, Room 225, Charleston, SC 29401.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: February 08, 2019                       /s/ Kimberly Lamontagne
                                                                                PO Box 997
                                                                              Mt. Pleasant, SC  29465-0997
                                                                              Phone: (843) 388-9844
                                                                              Fax: (843) 388-9877
                                                                              Email: 13office@charleston13.com

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: <br><br> DAVID JOSEPH HOWARD <br> JESSICA MILLS HOWARD <br><br><br> Debtors | CASE NO:  18-03401-JW <br><br> (CHAPTER 13) <br><br> **TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE FOR NON-PAYMENT** |

NOW COMES the Chapter 13 Trustee in this case and alleges:

**1**.  This court has juridiction over this matter under 28  U.S.C. Section 1334 and 11 U.S.C. Section 1307(c)(5).

**2**.  The Debtors in this case have not made the required payments under the plan .

**3**.  Debtors is/are past due **$4,900.00** as of **January 2019.**  The Trustee requests that the Debtors cure the delinquency as follows:

Payments as follows to be received by the Trustee by the end of the following months:

| | |
|---|---|
| February 2019 | at $2,450.00 |
| March 2019 | at $3,267.00 |
| April 2019 | at $3,267.00 |
| May 2019 | at $3,267.00 |
| June 2019 | at $3,267.00 |
| July 2019 | at $3,267.00 |
| August 2019 | at $3,267.00 |

Resume regular monthly payments of $2,450.00 beginning **September 2, 2019**.

**4**.  If the Debtors are currently or in the process of having Trustee payments automatically debited from a paycheck, checking, or savings accounts, **ONLY** the Debtors('s) regular monthly payment can be deducted. Debtors are responsible for sending in the  **EXTRA** payments needed to bring the case current.

**5**.  The Trustee requests that should the Debtors fail to cure the delinquency as set forth above , that an order be entered dismissing the case.

Dated: February 08, 2019

/s/ James M. Wyman
_____

James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com

18-03401-JW

## **CERTIFICATE OF SERVICE**

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

DAVID JOSEPH HOWARD
JESSICA MILLS HOWARD
1151 BROOKSIDE DRIVE
HANAHAN, SC 29410

Meredith Law Firm LLC
Robert R. Meredith, Jr.
4000 Faber Place Drive, Suite 120
North Charleston, SC  29405-0000

Date: February 08, 2019

/s/ Kimberly Lamontagne
Kimberly Lamontagne
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844 x 302
Fax: (843) 388-9877
Email: 13office@charleston13.com